Jo Ann JOST, Plaintiff–Respondent,

v.

Frank J. JOST, Defendant–Appellant.

No. 56985.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 7, 1990.

Joseph Howlett, Charles M. Shaw, Shaw, Howlett & Schwarz, Clayton, for defendant-appellant.

Ronald L. Rothman, Clayton, for plaintiff-respondent.

PER CURIAM.

The husband appeals from the trial court's denial of his motion to modify a separation agreement. We affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).